## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LUNDELL FARMING COMPANY, L.P.,** *et al.*                              **PLAINTIFFS**

**v.**                              **CASE NO. 4:19-CV-00594-BSM**

**UNITED STATES ARMY CORPS**
**OF ENGINEERS,** *et al.*                              **DFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 12th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE